# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-3263

_____

United States of America,    *
                             *
              Appellee,      *    Appeal from the United States
                             *    District Court for the Southern
     v.                      *    District of Iowa.
                             *
Oladipo Olusegun Smith,      *          [UNPUBLISHED]
                             *
              Appellant.     *

_____

Submitted: January 11, 2000

Filed: January 20, 2000

_____

Before RICHARD S. ARNOLD, FAGG, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Oladipo Olusegun Smith appeals his drug-related convictions. Smith contends the evidence is insufficient to support the jury's verdicts. Contrary to Smith's view, the record contains substantial evidence on which a jury could have found Smith guilty of all charges. We also conclude that an extended discussion would serve no useful purpose in this fact-intensive case. Having found Smith's contention to be without merit, we affirm his convictions. See 8th Cir. R. 47B.

A true copy.

Attest:

       CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.